**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**HOLLEY C. GAINES**                                                                             **PLAINTIFF**

**V.**                                        **NO. 3:20-CV-320-DMB-RP**

**COPART, INC.**                                                                           **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the order entered this day, this case is dismissed with prejudice.

**SO ORDERED**, this 22nd day of December, 2021.

                                                                       **/s/Debra M. Brown**
                                                                       **UNITED STATES DISTRICT JUDGE**